**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 433 MAL 2017

            Respondent           :

                              :   Petition for Allowance of Appeal from

                              :   the Order of the Superior Court

        v.                    :

                              :

                              :

NEIL I. MCCOLLUM,                :

                              :

            Petitioner           :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.